UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PEDRO RIVERA,<br>　　　　Plaintiff | : | CIVIL ACTION NO.<br>3:14-CV-00196 (VLB) |
| vs. | : | |
| BRIAN FOLEY,<br>EDWARD YERGEAU and<br>HARTFORD POLICE DEPARTMENT,<br>　　　　Defendants | : | SEPTEMBER 25, 2015 |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned respectfully moves to withdraw his appearance on behalf of the Plaintiff. The undersigned has attempted through telephone, email and registered mail, at the Plaintiff's last known address, to contact the Plaintiff but as of this date has been unsuccessful; and has had no communication from the Plaintiff since approximately February, 2015.

THE PLAINTIFF

By:　/s/ NORMAN A. PATTIS /s/
　　　NORMAN A PATTIS ct13120
　　　383 Orange Street, 1st Floor
　　　New Haven, CT 06511
　　　203.393.3017
　　　203.393.9745 (fax)

1

2

## CERTIFICATION

This is to certify that on September 25, 2015, a copy of the foregoing was filed electronically. **Notice of this filing will be sent, via Certified Mail, to the Plaintiff, Pedro Rivera, at his last known address**; and via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

By: ___/s/ NORMAN A. PATTIS /s/